**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | NO. 15-43256 |
| | ) | |
| Raymond C. Freundt | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |

**NOTICE CONVERTING DEBTOR'S CHAPTER 13 TO CHAPTER 7**

Notice is given that the debtor hereby converts this case Pursuant to 11 USC 1307(a) from

Chapter 13 to Chapter 7.

Dated: March 17, 2016                    Respectfully Submitted,

                                         /s/ Penelope N. Bach, Esq.
                                         Penelope Bach - 6284659
                                         Counsel for Debtor
                                         Sulaiman Law Group, LTD
                                         900 Jorie Blvd, Ste 150
                                         Oak Brook, IL 60523
                                         Phone (630)575-8181
                                         Fax: (630)575-8188