| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Raymond C Freundt** | Social Security number or ITIN | **xxx–xx–7580** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN | _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed in chapter **13** | **12/24/15** |
| Case number: | **15–43256** | Date case converted to chapter **7** | **3/17/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Raymond C Freundt | |
| 2. | **All other names used in the last 8 years** | aka Raymond Carl Freundt | |
| 3. | **Address** | 0N530 Schneider Road<br>Elburn, IL 60119 | |
| 4. | **Debtor's attorney**<br>Name and address | Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523 | Contact phone (630) 575–8181<br>Email: Cmagerski@sulaimanlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas E Springer<br>Springer Brown, LLC<br>300 South County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Contact phone 630–510–0000<br>Email: tspringer@springerbrown.com |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1−866−222−8029<br><br>Date: 3/22/16 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 13, 2016 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**100 S 3rd Street, Courtroom 240, Geneva, IL 60134** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/13/16** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**   page **2**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                          Case No. 15-43256-DRC
Raymond C Freundt                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: evelyng              Page 1 of 2                  Date Rcvd: Mar 22, 2016
                              Form ID: 309A              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2016.
db             +Raymond C Freundt,    0N530 Schneider Road,    Elburn, IL 60119-9720
aty            +Penelope N Bach,    Sulaiman Law Group, Ltd.,    900 Jorie Boulevard,    Suite 150,
                 Oak Brook, IL 60523-3810
tr             +Thomas E Springer,    Springer Brown, LLC,    300 South County Farm Road,    Suite I,
                 Wheaton, IL 60187-2453
24055127       +ACS Inc,    1753 N Tripp Avenue,    Chicago, IL 60639-4861
24055133       +BMO Harris Bank,    Bmo Harris Bank - Bankruptcy Dept.-Brk-1,     770 N Water Street,
                 Milwaukee, WI 53202-0002
24344017       +BMO Harris Bank N.A.,    PO Box 2035,    Milwaukee, WI 53201-2035
24055134       +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
24055135       +BMW Bank of North America,    P.O. Box 201347,    Arlington, TX 76006-1347
24068651       +BMW Bank of North America Department,    Ascension Capital Group,     Account: XXXXX2570,
                 P.O. Box 201347,    Arlington, TX 76006-1347
24055129       +Bank Of America,    Correspondence FL-1-908-01-49,    Po Box 31785,    Tampa, FL 33631-3785
24247260       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
24055153      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,     Po Box 688966,    Des Moines, IA 50368-8966)
24055141       +Chase,   3415 Vision Drive,     Mail Code OH4-7142,    Columbus, OH 43219-6009
24055142       +Citibank,    Citicorp Credt Services/Centralized Bkty,    Po Box 790040,
                 Saint Louis, MO 63179-0040
24055143       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
24055144       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,     Po Box 790040,
                 Saint Louis, MO 63179-0040
24055145        Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,     P.O. Box 790034,
                 Saint Louis, MO 63179-0034
24055150        Credit Protection Association, LP,    1355 Noel Road,    Dallas, TX 75240
24055151        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
24055152       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
24055154       +Home Depot,    700 Broadway Village Square,    Broadview, IL 60155-4886
24055156       +Kozeny & McCubbin Illinois,    105 W. Adams #1800,    Chicago, IL 60603-6235
24055157       +Media Comm,    Penny Kurdyla,    100 Crystal Run Road,    Middletown, NY 10941-4041
24055158       +Mediacom,    808 E North Street,    Elburn, IL 60119-9083
24055161       +OneMain Financial,    684 Illinois Route 59,    Naperville, IL 60540-0900
24055160       +Onemain Financial,    6801 Colwell Blvd,    Ntsb-2320,    Irving, TX 75039-3198
24055164       +SST / Columbus Bank & Trust,    Attn:Bankruptcy,    Po Box 3997,    St. Joseph, MO 64503-0997
24055163        Sears,    74155 Cass Avenue,    Darien, IL 60561
24055165       +Support Payment Clearing House,    P.O. Box 52107,    Phoenix, AZ 85072-2107
24055166       +Trans Union LLC,    P.O. Box 2000,    Chester, PA 19022-2000
24055167       +Village of Algonquin,    2200 Harrish Drive,    Algonquin, IL 60102-5995
24055168       +Wex Bank,    7090 South Union Park Ave, Suite 350,     Midvale, UT 84047-6023
24055169       +Wex Inc,    225 Gorham Road,    South Portland, ME 04106-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: Cmagerski@sulaimanlaw.com Mar 23 2016 01:00:56      Charles L. Magerski,
                 Sulaiman Law Group, LTD,    900 Jorie Boulevard,    Suite 150,    Oak Brook, IL  60523
24055128        EDI: CINGMIDLAND.COM Mar 23 2016 00:33:00      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
24066259       +EDI: BMW.COM Mar 23 2016 00:33:00      BMW Bank of North America,    5550 Britton Parkway,
                 Hilliard, OH 43026-7456
24075021        EDI: BMW.COM Mar 23 2016 00:33:00      BMW Financial Services,    Po Box 3608,    Dublin, OH 43016
24055131       +EDI: BANKAMER2.COM Mar 23 2016 00:33:00      Bank Of America, N.A.,    401 N. Tryon Street,
                 NC1-021-02-20,    Charlotte, NC 28255-0001
24055130       +EDI: BANKAMER.COM Mar 23 2016 00:33:00      Bank of America,
                 Attn: Bankruptcy Dept NC4-105-0314,    Po Box 26012,    Greensboro, NC 27420-6012
24055137       +EDI: CAPITALONE.COM Mar 23 2016 00:33:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
24055136       +EDI: CAPITALONE.COM Mar 23 2016 00:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
24204274        EDI: CAPITALONE.COM Mar 23 2016 00:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
24055138       +EDI: AIS.COM Mar 23 2016 00:33:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
24055139       +EDI: CAPITALONE.COM Mar 23 2016 00:33:00      Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
24055140       +EDI: CHASE.COM Mar 23 2016 00:33:00      Chase *,    ATTN: Bankruptcy Department,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
24078426        E-mail/Text: bankruptcy@commercebank.com Mar 23 2016 01:02:29      Commerce Bank,
                 PO Box 419248 KCREC-10,    KAnsas City MO 64141-6248
24055146       +E-mail/Text: bankruptcy@commercebank.com Mar 23 2016 01:02:29      Commerce Bank,
                 8000 Forsyth Boulevard,    Saint Louis, MO 63105-1797
24055147       +E-mail/Text: bankruptcy@commercebank.com Mar 23 2016 01:02:29      Commerce Bank*,
                 PO Box 419248,    Kansas City, MO 64141-6248
```

```
District/off: 0752-1           User: evelyng                Page 2 of 2                   Date Rcvd: Mar 22, 2016
                               Form ID: 309A                Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
24055149        +EDI: CREDPROT.COM Mar 23 2016 00:33:00      Credit Protection Association,
                 13355 Noel Road Suite 2100,   Dallas, TX 75240-6837
24055148        +EDI: CREDPROT.COM Mar 23 2016 00:33:00      Credit Protection Association,   Attn: Bankruptcy,
                 Po Box 802068,   Dallas, TX 75380-2068
24055155        +EDI: IIC9.COM Mar 23 2016 00:33:00      IC Systems, Inc,   444 Highway 96 East,   Po Box 64378,
                 St Paul, MN 55164-0378
24055162        +EDI: SEARS.COM Mar 23 2016 00:33:00      Sears,   Po Box 182149,   Columbus, OH 43218-2149
                                                                                            TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24055159           Mother's Contact Info??????????????????
24055132*       +Bank Of America, N.A. *,   401 N. Tryon Street,   NC1-021-02-20,   Charlotte, NC 28255-0001
                                                                                            TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2016 at the address(es) listed below:

```
              Charles L. Magerski    on behalf of Debtor 1 Raymond C Freundt Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Jennifer M Rinn    on behalf of Creditor    BMW Bank Of North America, Inc JenniferR@kropik.net
              Jill Luetkenhaus     on behalf of Creditor    Bank of America, N.A. jluetkenhaus@kmi-law.com,
               ndil@kmi-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Penelope N Bach    on behalf of Debtor 1 Raymond C Freundt pnbach@sulaimanlaw.com,
               ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
               wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
               s.info
              Raymond J Ostler    on behalf of Creditor    Commerce Bank rostler@gsgolaw.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;IL85@ecfcbis.com;iprice@springerbrown.com
                                                                                             TOTAL: 7
```